732

No. 381. HAFFNER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Koenigsberger* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 382. GENERAL BAKING CO. *v.* GOLDBLATT BROS., INC. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frederic P. Warfield* for petitioner. *Messrs. Nicholas J. Pritzker* and *Stanford Clinton* for respondent.

No. 386. PLAPAO LABORATORIES, INC., ET AL. *v.* FARLEY, POSTMASTER GENERAL. October 18, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. James E. Watson, Samuel A. King, Arthur G. Brode,* and *H. Max Ammerman* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 400. LYON INCORPORATED ET AL. *v.* CLAYTON & LAMBERT MANUFACTURING CO. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Carlton Hill* for petitioners. *Mr. Hugh M. Morris* for respondent.